■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL IVAN HILL, Appellant. [828 NYS2d 820]—Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered April 7, 2005, convicting him of criminal possession of a weapon in the third degree (two counts), upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the County Court properly denied, after a hearing, that branch of the defendant's omnibus motion which was to suppress physical evidence (*see People v Leung*, 68 NY2d 734 [1986]; *People v Boodle*, 47 NY2d 398 [1979]; *cf. Florida v J.L.*, 529 US 266 [2000]; *People v Moore*, 6 NY3d 496 [2006]).

The defendant's contention that the County Court should have allowed him to withdraw his plea is unpreserved for appellate review (*see People v Lopez*, 71 NY2d 662, 665 [1988]). Although defense counsel initially stated that the defendant

wished to withdraw his plea, counsel later stated that she was "not asking to make a motion" to withdraw the plea and that the defendant was prepared for sentencing. In any event, the defendant's plea of guilty was intelligently, knowingly, and voluntarily made (*see People v Garcia*, 92 NY2d 869, 870 [1998]; *People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Harris*, 61 NY2d 9, 17 [1983]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Santucci, Skelos and McCarthy, JJ., concur.